**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**James Isham LAWRENCE, Petitioner**

**No. 363 WAL 2016**

Supreme Court of Pennsylvania.

February 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Stephen Michael ESPENLAUB,**
**Jr., Petitioner**

**No. 411 WAL 2016**

Supreme Court of Pennsylvania.

February 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**